Judge Dennis R. Hurley  
United States Courthouse  
500 Federal Plaza  
Central Islip, NY 11722

August 6, 2020

USA v. Cabasso, et al.  
19 CR 582 (DRH)

*Law Office of Joel M. Stein, Esq.*  
*30 Wall St. – 8th floor*  
*New York, NY 10005*  
*(212) 344-8008*

Dear Judge Hurley:

The defendant Christine Lavonne Lazarus has been released on bail in this matter, including travel restrictions to SDNY and EDNY. To my knowledge, she has been in compliance with the conditions of her release, including Pretrial Supervision.

Ms Lazarus is requesting that the conditions of her release be modified to allow her to travel to NDNY and WDNY, and to the state of Florida. AUSA Kayla Bensing and Pretrial Officer Mallori Brady inform me that they have no objection to this request.

Thank you for your consideration of this request.

Cc: AUSA Kayla Bensing/ Ian Richardson/  
Alexander Mindlin  
PTSA Officer Mallori Brady  
(by email & ECF))

Very truly yours,

/s/  
Joel M. Stein, Esq.  
Counsel for Christine Lavonne Lazarus

9/3/2020

So Ordered

ARLENE R. LINDSAY, U.S.M.J