# TUCKER LEVIN, PLLC

DUNCAN P. LEVIN
DIRECT DIAL: 646-445-7825
DLEVIN@TUCKERLEVIN.COM

230 PARK AVENUE, SUITE 440

NEW YORK, NEW YORK 10169

212-330-7626

FACSIMILE: 212-422-3305

February 19, 2020

Hon. Denis R. Hurley
U.S. District Judge, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

       Re: United States v. Cabasso et al.
          19-Crim.-582

Dear Judge Hurley:

  We respectfully write to ask the Court to add this Firm as counsel of record on the public docket for third parties IShine Florida Yachting, LLC and Dr. Eric Weinstein (collectively, the "Third Parties"). The Third Parties are part owners of a Tranquilo 68s Azimut yacht (the "Seized Yacht") that was seized by the United States in connection with the above-captioned case. The Third Parties moved on December 17, 2020 for an interlocutory sale of the Seized Yacht (*See* Docket Entry Number 163), and the undersigned filed a notice of appearance on behalf of the Third Parties on February 18, 2021 (*See* Docket Entry Number 172).

                Respectfully submitted,

                Duncan P. Levin, Esq.
                (212) 330-7626

cc:  All parties (via ECF)