BEFORE: ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE

DATE: July 29, 2021
TIME ON:  10:00 a..m.
TIME OFF: 10:45 a.m.

Case No.  19-CR-582 (DRH)

Courtroom Deputy: R. Imrie

Criminal Cause for Change of Plea Hearing

Defendant: Christine Lazarus
          Present X      Not Present___          In Custody___          On Bail/Bond X

Attorney:  Joel Stein                                    Ret'd___   CJA X___   F.D. ___

AUSA:  Alexander Mindlin

Interpreter:  -

ESR:

**FILED**
**CLERK**

4:40 pm, Jul 29, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

 X   Case Called      X   Counsel for all sides present.

___ Arraignment Held.

 X  Defendant Pleads Guilty to: Counts 1 and 2 of the Indictment

___ Order Setting Conditions of Release and Bond entered. ___ Special Conditions Apply.

___ Order of Detention entered.

___ Temporary Order of Detention entered.

 X  Probation Notified.

Next Court appearance scheduled for  To be Determined                                      .


NOTES: Ms. Lazarus consented to appear by video for the plea. Ms. Lazarus waived her right to
appear before District Judge Hurley and consented to the Magistrate hearing her plea. The not
guilty plea was withdrawn and a plea of guilty was entered to Counts 1 and 2 of the Indictment.
For the reasons set forth on the record, this Court respectfully reports and recommends that the
plea of guilty be accepted.